

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*c/o Office of Program Litigation, Office 2*
*Office of the General Counsel*
*Social Security Administration*
*6401 Security Boulevard*
*Baltimore, MD 21235*
*212-264-2026*
*sergei.aden@ssa.gov*

July 8, 2025

**By ECF**

Hon. Kenneth M. Karas
United States District Judge
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, NY 10601-4150

    Re:    *Medranda v. Commissioner of Social Security*,
            7:25-cv-03690-KMK
            Joint Letter Request for Stay of Court Proceedings

To the Honorable Kenneth M. Karas:

    This Office represents the Commissioner of Social Security (Commissioner), the Defendant in this action. We write to notify the Court of a pending motion in a related civil action and to request a stay of the deadlines in this matter pending the outcome in that case. *See* 1:23-cv-06633-SLC (hereinafter referred to as *Medranda I*). This Office has conferred with opposing counsel, Howard D. Olinsky, who consents to this request.

    Plaintiff filed applications for Disability Insurance Benefits (DIB) and Supplemental Security Income (SSI) payments in April 2009. Following several unfavorable decisions and court remands, Plaintiff received an unfavorable decision in May 2023, which she appealed to the district court in July 2023, represented by the Law Office of Lewis B. Insler. *See Medranda I*. In September 2024, Magistrate Judge Sarah L. Cave issued an Opinion and Order (Order) remanding the case for further proceedings and a new decision. *Medranda I*, ECF No. 18. The Order and Judgment also provided time limitations for the proceedings on remand, and for calculation of benefits if those deadlines were not met. *Id.* ECF Nos. 18, 19.

    *Medranda I* is subject to ongoing litigation related to the Commissioner's inability to meet the court-ordered deadlines. *See* ECF No. 23. Specifically, on April 15, 2025, the Commissioner filed a Motion to Alter Judgment before Judge Cave, explaining the reason for the delay and seeking relief from the order to calculate benefits, including an extension of the deadline to

complete the administrative proceedings. ECF No. 23. Plaintiff filed an Opposition to the Commissioner's motion on April 18, 2025, and is seeking enforcement of the terms of the order, including calculation of benefits. ECF Nos. 24-26. The Commissioner's motion is currently pending before Judge Cave. *See* 1:23-cv-06633.

On May 2, 2025, Plaintiff filed a new civil action in this Court seeking judicial review of the December 2024 hearing decision that was issued on remand after *Medranda I*, (but not in accordance with the court-ordered deadlines issued). *See* ECF No. 1. On July 7, 2025, the Commissioner filed a certified administrative record as the Commissioner's answer to Plaintiff's complaint. *See* ECF No. 9.

Because the pending motion before Magistrate Judge Cave could lead to payment of benefits, on the same claim pending in this Court, a result that would obviate the need for any further litigation in this matter, the parties respectfully ask this Court to stay the proceedings in this matter until Magistrate Judge Cave issues a ruling on the pending motions in *Medranda I*.

We thank the Court for its consideration of this request.

Granted. The Parties are asked to provide a status report by 9/8/25.

So Ordered.
7/8/25

Respectfully submitted,

JAY CLAYTON
United States Attorney

By:   */s/ Sergei Aden*
      Sergei Aden
      Special Assistant United States Attorney

Cc:   Howard David Olinsky, Esq. (by ECF)